IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| MICHAEL A. CARR, | ) BANKRUPTCY |
| Debtor. | ) NO. 10-71850 |

**PETITION**
**In Re: Unclaimed Dividends**

NOW COMES Mariann Pogge, Trustee, pursuant to 11 U.S.C. 347, and Bankruptcy Rule 3011 and states as follows:

1. On July 21, 2015, the Court entered an Order approving the Trustee's Final Report and Proposed Distribution in the above cause. Pursuant to the Court's Order, the Trustee sent a check payable to Gary Stinson, 2692 Candlewood Place, Decatur, IL 62521 in the amount of $196.10 for payment on his Claim #3.

2. On October 7, 2015, the Court entered an Order authorizing the Trustee to make a supplemental distribution. Pursuant to the Court's Order, the Trustee sent a check payable to Gary Stinson, 2692 Candlewood Place, Decatur, IL 62521 in the amount of $173.13 on his Claim #3.

3. Neither check to Mr. Stinson was cashed. Trustee searched the internet for a better address for Mr. Stinson and found an obituary in the Herald & Review stating that he passed away on October 2, 2014. Trustee checked the Macon County Circuit Clerk's website and found no probate filed for the estate of Gary Stinson.

WHEREFORE, Trustee, Mariann Pogge, prays that she be authorized to pay over to the Clerk of the U.S. Bankruptcy Court for the benefit of the estate of Gary Stinson, the sum of $369.23.

/s/ Mariann Pogge
Trustee
3300 Hedley Road
Springfield, Illinois  62711
(217) 793-7412

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 27, 2016 she electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Brian J. Dees
> Gordon W Gates
> Bruce A. Kugler
> Mariann Pogge
> U.S. Trustee

and further certifies that she sent a copy of the document by first class mail, postage prepaid, to the following:

> Gary Stinson
> 2692 Candlewood Place
> Decatur, IL 62521

/s/ Kim Woods, Assistant to Mariann Pogge